UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

Johnson,

                      Plaintiff,                  **RESCHEDULING ORDER**

           -against-                     17 Civ. 8620 (NSR)(AEK)

Reed, et al.,

                    Defendants.
--------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    Defendant's letter motion at ECF No. 56 is GRANTED. The telephonic status conference before Magistrate Judge Krause is hereby rescheduled for **Thursday, December 17, 2020, at 11:00 a.m.**

    To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

    **Counsel for defendant must make arrangements with the appropriate correctional facility to have the plaintiff available via telephone.**

    The Clerk of the Court is directed to mail a copy of this Order to the pro se Plaintiff.

Dated: December 7, 2020
       White Plains, New York

                                                        **SO ORDERED.**

                                                       _____
                                                       ANDREW E. KRAUSE
                                                       United States Magistrate Judge