UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Johnson,

                      Plaintiff,                  **ORDER**

            -against-                  17 Civ. 8620 (NSR)(AEK)

Reed et al.,

                      Defendants.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Defendants filed a letter motion on May 25, 2021, requesting that the Court preclude Plaintiff from using certain specified documents in support of his claims in this suit. ECF No. 69. According to Defendants' submission, they also served this letter motion on Plaintiff by first class mail the same day. ECF No. 69-2. Plaintiff may submit an opposition to this letter motion, not to exceed five pages, by **no later than June 15, 2021**.

      The Clerk of the Court is directed to mail a copy of this order to the *pro se* Plaintiff.

Dated: May 26, 2021
       White Plains, New York

                                                      **SO ORDERED.**

                                                     _____
                                                     ANDREW E. KRAUSE
                                                     United States Magistrate Judge