**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CARL M. JOHNSON,

                            Plaintiff,

    -against-                                    17 **CIVIL** 8620 (NSR)

                                                      **JUDGMENT**

Officer KYLE REED, Shield #31207; Officer
THORTON, Shield #1479; Parole/Post Release
Supervisor Officer MARIE TANNURA;
THE CITY OF MIDDLETOWN, NEW YORK, in
their official and individual capacities,

                            Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 8, 2023, Defendants' motion for summary judgment is GRANTED in its entirety and this action is dismissed with prejudice. All of Plaintiff's claims are DISMISSED in accordance with the Opinion and Order.  Judgment is entered in favor of the Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

      February 9, 2023

                                                         **RUBY J. KRAJICK**

                                                         _____
                                                              **Clerk of Court**

                             **BY:**    *K. Mango*

                                                           _____
                                                              **Deputy Clerk**